Pamela D. Weiss, Esq.
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 793-2200
Facsimile: (907) 793-2299
E-mail: pweiss@guessrudd.com

Attorneys for National Union Fire Insurance
Company of Pittsburgh, PA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>v.<br><br>MARITIME HELICOPTERS, INC.,<br><br>Defendant. | Case No.: 3:26-cv-___________ |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), on behalf of itself, as Lead Insurer, and for the respective other concurrent Insurers on Aviation Policy No. FV 019700078-11, as and for its Complaint against Defendant Maritime Helicopters, Inc. ("Maritime"), states as follows:

## NATURE OF THE ACTION

1. This is an action pursuant to 28 U.S.C. §§ 2201 and 2202 for a declaration of the applicable limit of liability under Aviation Policy No. FV 019700078-11 issued to

Maritime for the policy period November 1, 2022, to November 1, 2023 (the "2022 National Union Policy").

2. National Union seeks a determination that the limit of liability under the 2022 National Union Policy that applies with respect to the claims relating to the deaths of the three passengers who were on board Maritime's helicopter when it crashed near Wainwright, Alaska, on July 20, 2023, is $1 million "Each Person" as set forth in Endorsement No. 60 to the 2022 National Union Policy. This Endorsement reflects National Union's and Maritime's mutual intention at the time of contracting that Maritime's aviation policy would include the same $1 million per passenger sublimit of liability as the aviation policies that National Union issued to Maritime in prior and subsequent policy years.

3. The estates and survivors of the passengers who died in the helicopter crash have asserted claims against Maritime that are in excess of $1 million.

4. National Union has made available the $1 million per passenger sublimit of liability in Endorsement No. 60 of the 2022 National Union Policy (plus Alaska additions) in order to attempt to resolve these claims.

5. The claimants have responded by asserting that a $25 million "Each Occurrence" limit of liability should apply because, at the time of issuance, the 2022 National Union Policy provided that the limit of liability was $25 million "Each Occurrence," but mistakenly did not include the $1 million "Each Person" passenger sublimit of liability that National Union and Maritime mutually intended to apply.

6. Upon National Union's discovery that the 2022 National Union Policy did not accurately express the parties' mutual contracting intent, National Union issued Endorsement No. 60 to Maritime on July 24, 2023 to correct the 2022 National Union Policy to provide that, in addition to the $25 million "Each Occurrence" limit of liability and pursuant to the previous agreement and understanding of National Union and Maritime, there is a $1 million "Each Person" sublimit of liability, effective from the inception of that policy.

7. The parties' mutual intention and understanding that the $1 million "Each Person" sublimit of liability would apply is reflected throughout the documentation relating to the 2022 National Union Policy, including; (1) the U.S. Air Carriers – Certificate of Insurance (and renewal certificate) that Maritime filed with the Federal Aviation Administration ("FAA"), (2) the Verification Of Air Carrier's Insurance that Maritime filed with the State of Alaska, (3) the Department of Defense ("DOD") Form 2400 that Maritime's broker McGriff Aviation executed on November 1, 2022, (4) the Certificate of Insurance Maritime issued to the decedents' employer, the "Alaska Department of Natural Resources Div. of Geological & Geophysical Surveys," and (5) the underwriting documents and invoices for the 2022 National Union Policy.

8. Furthermore, the prior predecessor policies that National Union issued to Maritime and subsequent years renewals of the 2022 National Union Policy reflect the parties' agreed upon understanding that coverage was being provided to Maritime subject to a $1 million "Each Person" sublimit of liability.

9. National Union seeks a declaration that the limit of liability applicable to these claims is $1 million per passenger as set forth in Endorsement No. 60. Alternatively, National Union seeks reformation of the 2022 National Union Policy to reflect the mutual intentions of the parties thereto that the "Each Person" limit of liability applicable to such passenger claims would be $1 million.

## **THE PARTIES**

10. Plaintiff National Union is a Pennsylvania insurance corporation that exists in accordance with the laws of the Commonwealth of Pennsylvania, with a principal place of business in New York, New York.

11. Defendant Maritime is a corporation organized and existing under the laws of the State of Alaska with its principal place of business in Homer, Alaska.

## **JURISDICTION AND VENUE**

12. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of costs.

13. Venue is proper under 28 U.S.C. § 1391(b)(2) in that Maritime is organized and located in this district, a substantial part of the events giving rise to this action occurred in this district, the decedents were residents of this district, and the passengers' estates are located in this district.

14. A judicial determination and a declaration of the rights and obligations of the parties is necessary and appropriate at this time because National Union has no adequate remedy at law that will resolve the current controversy.

## FACTUAL ALLEGATIONS

### *The Accident*

15. On July 20, 2023, a 1993 Bell 206L4 helicopter ("the Helicopter"), Reg. No N311MH, owned by Maritime, departed from Utqiagvik, Alaska and made a planned stop at the Atqasuk Airport before crashing into Lake Itinik near Wainwright, Alaska ("the Accident"), resulting in the death of the pilot, Bernard Higdon, who was an employee of Maritime, and the deaths of the three passengers on board the Helicopter: Ronald Daanan, Justin Germann, and Tori Moore, who were all employees of the Alaska Department of Natural Resources, Division of Geological & Geophysical Surveys.

16. Ina Timling as the Personal Representative of the Estate of Ronald Daanen, Karla Germann as the Personal Representative of the Estate of Justin Germann, and Julie Navratilova as the Personal Representative of the Estate of Tori Moore have asserted claims against Maritime for damages in excess of $1 million in connection with the Accident.

### *Maritime's Insurance Coverage*

17. For successive one year policy periods beginning November 1, 2011, and up to and including the 2022 National Union Policy incepting November 1, 2022, National Union issued aviation policies covering Maritime's helicopter operations. The 2022 National Union Policy is attached hereto as Exhibit A.[1]

18. The policies National Union issued to Maritime for the prior two years, Policy No. FV 19700078-10 (November 1, 2021 to November 1, 2022) and Policy No. FV 019700078-09 (November 1, 2020 to November 1, 2021) (together, the "Prior Policies"), each provided that the limits of liability were $1 million "Each Person" and $25 million "Each Occurrence." The Prior Policies are attached hereto as Exhibits B1 and B2.[2]

19. During negotiations for the Prior Policies and the 2022 National Union Policy, National Union and Maritime understood and agreed that liability coverage available to Maritime for a claim by a passenger in connection with a helicopter crash was limited to $1 million per passenger per the applicable $1 million "Each Person" sublimit of liability.

20. The premium for the 2022 National Union Policy does not reflect an intention by Maritime and National Union to remove the $1 million "Each Person" sublimit of liability.

---

[1] Premium information is redacted in this exhibit.
[2] Premiums are redacted in these exhibits.

21. Following the 2022 National Union Policy, the renewal policies National Union issued to Maritime for the three subsequent years, (a) Policy No. FV 019700078-12 (November 1, 2023 to November 1, 2024), (b) Policy No. FV 019700078-13 (November 1, 2024 to November 1, 2025), and (c) Policy No. FV 019700078-14 (November 1, 2025 to November 1, 2026) (together, the "Subsequent Policies"), all likewise provide for a $1 million sublimit of liability per passenger. The Subsequent Policies are attached hereto as Exhibits C1, C2, and C3.[3]

***The 2022 National Union Policy***

22. The 2022 National Union Policy covers the period November 1, 2022 to November 1, 2023.

23. The 2022 National Union Policy contains the following pertinent provisions:

* * *

**AVIATION POLICY**

Policy Provisions – Part 1 – Form CAV01 (1/05)

> The Company as shown in Part 2 – Declarations (hereinafter called the Company), in consideration of the payment of the premium, in reliance upon the statements of the Declarations made a part hereof, subject to all of the terms of this policy including the applicable limits of liability, the Company agrees with the **Named Insured** with respect to those coverages indicated in Items 3 and 4 of the Declarations.

[3] Premiums are redacted in these exhibits.

## INSURING AGREEMENTS

**I. LIABILITY COVERAGES**

* * *

**Coverage D** – Single Limit **Bodily Injury** and **Property Damage** Liability (including any and all **related claims**) – To pay on behalf of the **Insured** all sums which the **Insured** shall become legally obligated to pay as damages because of **Bodily Injury** sustained by any person (excluding any **Passenger** unless the words "Including **Passengers**" appear in Item 3 of the Declarations)[4] and **Property Damage**, caused by an **Occurrence** and arising out of the ownership, maintenance or use of the **Aircraft**; or, only with respect to Coverages A, B, and D, caused by an **Occurrence** and arising out of the maintenance or use of the **Premises** in or upon which the **Aircraft** is stored.

* * *

**IV. DEFENSE, SETTLEMENT AND SUPPLEMENTARY PAYMENTS Coverages A, B, C, and D**

The Company shall have the right and duty to defend any suit against the **Insured** seeking damages on account of such **Bodily Injury** or **Property Damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgment or settlements.

* * *

## LIMIT OF THE COMPANY'S LIABILITY

* * *

**COVERAGES A, B, C AND D**

---

[4] The words "IN cluding passengers" do appear in Item 3 of the Declarations applicable to Liability Coverage D.

**(Total Liability)**

Regardless of the number of (1) **Insureds** under this policy, (2) persons or organizations who sustain **Bodily Injury** or **Property Damage**, (3) claims made or suits brought (related or otherwise) on account of **Bodily Injury** or **Property Damage**, or (4) **Aircraft** to which this policy applies, the Company's liability is limited as follows:

* * *

Coverage D. The total liability of the Company for all damages, including all **Related Claims** and all damages for care and loss of services, because of **Bodily Injury** or **Property Damage** sustained by one or more persons or organizations as the result of any one **Occurrence** shall not exceed the limit of liability stated in the Declarations as applicable to "each **Occurrence**".

And further provided that if the Declarations are completed to show "**Passenger** Liability limited internally to", the total liability of the Company for all damages, including all **Related Claims** and all damages for care and loss of service because of **Bodily Injury** to **Passengers** and **Crew** shall not exceed:

(a) As respects any one **Passenger** or **Crew** member, the amount stated in the Declarations as applicable to "each person".

(b) As respects two or more **Passengers** or **Crew** members, subject to the above provisions respecting any one **Passenger** or **Crew** member, the amount stated in the Declarations as applicable to "each person" multiplied by the total number of **Passenger** and **Crew** seats as stated in Item 4 for the **Aircraft** involved, but in no event shall the Company's Liability for all **Bodily Injury** (including **Passenger Bodily Injury**) and **Property Damage** exceed the limits stated in the Declarations as applicable to "each **Occurrence**".

For the purpose of determining the limit of the Company's liability, all **Bodily Injury** and **Property Damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **Occurrence**.

* * *

**DEFINITIONS**

When appearing in this policy in bold face print:

**"Aircraft"** means the aircraft described in Item 4 of the Declarations (and when appropriate any aircraft qualifying under the provisions of Special Insuring Agreements I, II or III) including the propulsion system and equipment usually installed in the aircraft (1) while installed in the aircraft, (2) while temporarily removed from the aircraft and (3) while removed from the aircraft for replacement until such time as replacement by a similar item has commenced; also tools and equipment which are specially designed for the aircraft and which are ordinarily carried therein.

*    *    *

**"Bodily Injury"** means bodily injury, sickness, disease or mental anguish sustained by any person which occurs during the policy period, including death at any time resulting therefrom.

*    *    *

**"Occurrence"** means an accident, including continuous or repeated exposure to conditions, which results in **Bodily Injury** or **Property Damage** during the policy period neither expected nor intended from the standpoint of the **Insured**. In the event of continuing or progressively deteriorating damage over any length of time, such damage shall be deemed to be one **Occurrence**, and shall be deemed to occur only when such damage first commences.

*    *    *

**"Property Damage"** means (a) physical injury to or destruction of tangible property which occurs during the policy period, including loss of use thereof at any time resulting therefrom, or (b) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an **Occurrence** during the policy period.

*    *    *

**"Passenger"** means any person in, on, or boarding the **Aircraft** for the purpose of rising or flying therein or alighting therefrom after a flight or attempted flight therein, including **Crew** member(s).

* * *

**AVIATION POLICY AMENDATORY ENDORSEMENT**
[Endorsement No. 9]

This policy is amended as follows:

Coverages A, B, C and D (Total Liability) set forth under the LIMIT OF THE COMPANY'S LIABILITY is deleted and replaced with the following.

**COVERAGES A, B, C AND D**
**(Total Liability)**

Regardless of the number of (1) **Insureds** under this policy, (2) persons or organizations who sustain **Bodily Injury** or **Property Damage**, (3) claims made or suits brought (related or otherwise) on account of **Bodily Injury** or **Property Damage**, or (4) **Aircraft** to which this policy applies, the Company's liability is limited as follows:

* * *

Coverage D. The total liability of the Company for all damages, including all **Related Claims** and all damages for care and loss of services, because of **Bodily Injury** or **Property Damage** sustained by one or more persons or organizations as the result of any one **Occurrence** shall not exceed the limit of liability stated in the Declarations as applicable to "each **Occurrence**".

And further provided that if the Declarations are completed to show "**Passenger** Liability limited internally to", the total liability of the Company for all damages, including all **Related Claims** and all damages for care and loss of service because of **Bodily Injury** to **Passengers** and **Crew** shall not exceed:

(a) as respects any one **Passenger** or **Crew** member, the amount stated in the Declarations as applicable to "each person".

(b) as respects two or more **Passengers** or **Crew** members, subject to the above provisions respecting any one **Passenger** or **Crew** member, the amount stated in the Declarations as applicable to "each person"

multiplied by the number of **Passenger** onboard the **Aircraft** or the number of **Passenger** and **Crew** seats stated in Item 4 for the **Aircraft** involved, whichever is less, but in no event shall the Company's Liability for all **Bodily Injury** (including **Passenger Bodily Injury**) and **Property Damage** exceed the limits stated in the Declarations as applicable to "each **Occurrence**".

For the purpose of determining the limit of the Company's liability, all **Bodily Injury** and **Property Damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **Occurrence**.

* * *

24. On July 24, 2023, four days after the Accident, National Union issued Endorsement No. 60 to the 2022 National Union Policy because the policy, as provided, indicated that the limit of liability was $25 million "Each Occurrence" and mistakenly omitted the $1 million "Each Person" sublimit of liability that Maritime and National Union intended and understood to apply.

25. Endorsement No. 60 provides as follows:

**LIABILITY ENDORSEMENT**
[Endorsement No. 60]

In consideration of <u>INCLUDED</u> premium of $<u>INCLUDED</u>, this policy is amended as follows:

Liability Coverages set forth in the Declarations are completed as follows with respect to the following

AS RESPECTS ROTOR WING AIRCRAFT

| Liability Coverages | Limits of Liability | |
|---|---|---|
| | Each Person | Each **Occurrence** |
| Coverage A - **Bodily Injury** - excluding **Passengers** | $ | $ |
| Coverage B - **Property Damage** | XXXX | $ |
| Coverage C - **Passenger** Liability | $ | $ |
| Coverage D - Combined Single Limit Including **Passengers**<br>with **Passenger** Liability limited internally to: | XXXX<br>$ 1,000,000. | $25,000,000.<br>XXXX |
| Coverage D - Combined Single Limit Excluding **Passengers** | XXXX | $ |
| Coverage E - **Medical Expense** Including **Crew** | $ 15,000. | $PER SEATING |
| Coverage E - **Medical Expense** Excluding **Crew** | $ | $ |

*     *     *

26. Neither National Union nor Maritime intended the 2022 National Union Policy's limits to provide liability coverage to Maritime for passenger claims under Coverage D of the 2022 National Union Policy in amount greater than the $1 million "Each Person" sublimit of liability.

27. Accordingly, the $1 million "Each Person" sublimit is reflected throughout the documentation National Union and Maritime (and Maritime's broker, McGriff Aviation) prepared in relation to the 2022 National Union Policy.

28. For example, the U.S. Air Carriers – Certificate of Insurance (and renewal certificate) that Maritime filed with the FAA provide that National Union issued a policy of Aircraft Liability Insurance to Maritime effective from November 1, 2022 pursuant to which Maritime's "[a]ircraft carry $1,000,000 CSL [Combined Single Limit] while on

ground, $25,000,000 each occurrence with $1,000,000 passenger legal liability limit applies while aircraft goes to flight." Moreover, these documents state that, with respect to the specific Helicopter involved in the Accident, the "Liability Limit" is "$25,000,000 each occur; Passenger Legal Liability limited to $1,000,000 each person." The U.S. Air Carrier – Certificate of Insurance (and renewal certificate) are attached hereto as Exhibit D.

29. The Verification Of Air Carrier's Insurance that Maritime filed with the State of Alaska also provides that, with respect to Maritime's insurance coverage in effect November 1, 2022 to November 1, 2023, Maritime's "[a]ircraft carry $1,000,000 CSL [Combined Single Limit] while on ground, $25,000,000 each occurrence with $1,000,000 passenger legal liability limit applies while aircraft goes to flight." Likewise, it states that, with respect to the Helicopter involved in the Accident, the "Liability Limit" is "$25,000,000 each occur; Passenger Legal Liability limited to $1,000,000 each person." The Verification Of Air Carrier's Insurance is attached hereto as Exhibit E.

30. The DOD Form 2400 that Maritime's broker McGriff Aviation executed on November 1, 2022 provides that, with respect to the 2022 National Union Policy, there is a "Combined Single Limit Bodily Injury & Property Damage $25,000,000 Each Occurrence, Passenger Liability limited to $1,000,000 each person." The DOD Form 2400 is attached hereto as Exhibit F.

31. The certificate of insurance Maritime issued prior to the date of the accident to the decedents' employer, the "Alaska Department of Natural Resources Div. of Geological & Geophysical Surveys," provides that National Union issued Policy No. FV

019700078-11 to Maritime for the policy period November 1, 2022 to November 1, 2023, and the policy provides coverage for "Rotor Wing Aircraft Liability Combined Single Limit Bodily Injury and Property Damage including Passengers" with limits of "$25,000,000 each occurrence; Passenger Legal Liability limited to $1,000,000 each person." The certificate of insurance issued to Alaska Department of Natural Resources Div. of Geological & Geophysical Surveys is attached hereto as Exhibit G.

32. Furthermore, the underwriting documents and invoices for the 2022 National Union Policy reflect that the parties intended the $1 million "Each Person" sublimit of liability to apply. For example, Maritime's Underwriting Submission dated September 9, 2022 provided that for "Aircraft Liability" the Limit would be $25,000,000 for "Combined Single Limit Bodily Injury and Property Damage each occurrence" with "Aircraft Liability including Passenger Legal Liability limited to $1,000,000 each person," and the Policy Record provided that the premium for liability coverage relating to the Helicopter was based on liability limits of "25M/1M." The Underwriting Submission and Policy Record are attached in relevant parts at Exhibits H1 and H2.[5]

33. On February 18, 2025, the personal representatives of the Estates of Justin Germann, Tori Moore, and Ronald Daanen filed suit in the Superior Court for the State of Alaska, Second Judicial District at Utqiagvik against Maritime, seeking to recover general

[5] Premiums are redacted in Exhibit H2.

damages, special damages and punitive damages allegedly arising from the subject accident. A copy of the complaint in that case is attached at Exhibit I.

34. Wrongful death and other claims that have now been asserted against Maritime by the representatives of the decedents, and National Union understands that a potential for coverage exists pursuant to Coverage D of the 2022 National Union Policy for the claims as a result of the Accident because they allege **Bodily Injury** caused by an **Occurrence** during the policy period.

35. National Union seeks a declaration that the $1 million "Each Person" sublimit of liability in Endorsement No. 60 applies to the claims in relation to the three passengers on board the Helicopter. Alternatively, National Union seeks reformation of the 2022 National Union Policy to reflect the intent of the parties thereto to limit liability for passenger claims under Coverage D to $1 million "Each Person."

**COUNT I – DECLARATORY JUDGMENT**

36. National Union repeats and reiterates each and every allegation made in paragraphs 1 through 35 as if fully set forth herein.

37. The 2022 National Union Policy, as provided, did not reflect the mutual intent and understanding of Maritime and National Union that the limit of liability applicable to Liability Coverage D would be $25 million "Each Occurrence" with a $1 million "Each Person" sublimit of liability.

38. Endorsement No. 60 corrected the 2022 National Union Policy to provide that, in addition to the $25 million "Each Occurrence" limit of liability, there is a $1 million "Each Person" sublimit of liability, effective from the inception of the policy.

39. The estates and survivors of the passengers who died in the helicopter crash have asserted claims against Maritime that are in excess of $1 million.

40. National Union has made available the $1 million per passenger sublimit of liability in Endorsement No. 60 of the 2022 National Union Policy (plus Alaska additions) in order to attempt to resolve these claims.

41. The claimants have responded by asserting that a $25 million "Each Occurrence" limit of liability should apply because, at the time of issuance, the 2022 National Union Policy provided that the limit of liability was $25 million "Each Occurrence," but mistakenly did not include the $1 million "Each Person" passenger sublimit of liability that National Union and Maritime mutually intended to apply.

42. National Union disputes claimants' assertion that the applicable limit of liability under 2022 National Union Policy is $25 million "Each Occurrence" because the applicable limit of liability is the $1 million "Each Person" limit of liability set forth in Endorsement No. 60, which reflects National Union's and Maritime's mutual intention at the time of contracting that Maritime's aviation policy would include the same $1 million per passenger sublimit of liability as the policies that National Union issued to Maritime in the prior and subsequent years.

43. This dispute constitutes an actual, ripe and justiciable controversy between the parties, and National Union is entitled to a judgment in its favor declaring that the applicable limit of liability is $1 million "Each Person" as set forth in Endorsement No. 60.

**COUNT II – REFORMATION**

44. National Union repeats and reiterates each and every allegation made in paragraphs 1 through 43 as if fully set forth herein.

45. For successive one year policy periods beginning November 1, 2011, and up to and including the 2022 National Union Policy incepting November 1, 2022, National Union issued aviation policies covering Maritime's helicopter operations.

46. During negotiations for the 2022 National Union Policy, National Union and Maritime understood and agreed that liability coverage available to Maritime for a claim by a passenger in connection with a helicopter crash was limited to $1 million per passenger per the applicable $1 million "Each Person" sublimit of liability. The Prior Policies each included an endorsement that provided that the limits of liability were $1 million "Each Person" and $25 million "Each Occurrence" with respect to "Rotor-Wing Aircraft."

47. The Subsequent Polices also each provided that the limits of liability were $1 million "Each Person" and $25 million "Each Occurrence."

48. The 2022 National Union Policy, as provided, did not reflect the mutual intent and understanding of Maritime and National Union that the limit of liability

applicable to Liability Coverage D would be $25 million "Each Occurrence" with a $1 million "Each Person" sublimit of liability.

49. Upon National Union's discovery that the 2022 National Union Policy did not accurately express the parties' mutual contracting intent, National Union issued Endorsement No. 60 to Maritime on July 24, 2023 to correct the 2022 National Union Policy to provide that, in addition to the $25 million "Each Occurrence" limit of liability, there is a $1 million "Each Person" sublimit of liability, effective from the inception of that policy.

50. The parties' mutual intention and understanding that the $1 million "Each Person" sublimit of liability would apply is reflected throughout the documentation relating to the 2022 National Union Policy

51. National Union is entitled to reformation of the 2022 National Union Policy to include the $1 million each passenger sublimit of liability to correct Maritime's and National Union's mutual mistake.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff National Union prays for judgment in its favor, as follows:

A. Declaring the parties' rights and obligations under the 2022 National Union Policy issued to Maritime;

B. For a judgment in its favor declaring that the applicable limit of liability is $1 million "Each Person";

C. For a judgment reforming the 2022 National Union Policy to give effect to the true intent of the parties thereto that the applicable limit of liability is $1 million "Each Person"; and

D. For such other and further relief as the Court may consider equitable, fair and proper.

DATED at Anchorage, Alaska, this 28th day of August, 2026.

*Attorneys for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA.*

By: s/Pamela D. Weiss
Pamela D. Weiss
Alaska Bar No. 0305022